UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------x
INTESA SANPAOLO S.p.A.,                  :
                                                 Index No.
               Plaintiff,    :

  - against -                              :

                                                 STATEMENT
ROBERT D. PILIERO, EDWARD J.             :   PURSUANT
GOLDSTEIN, and JOHN DERMOTT                  TO FRCP 7.1
MITCHELL,                                :

               Defendants.   :
---------------------------------------------------x

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, plaintiff Intesa Sanpaolo S.p.A. states that it is an Italian corporation whose shares are publicly traded in Italy and that no publicly-held company owns 10% or more of its stock.

Dated:  New York, New York
        March 5, 2008

                                        GILMARTIN, POSTER & SHAFTO LLP

                                        By: _/s/ Michael C. Lambert_____
                                            Michael C. Lambert (ML-3408)
                                        845 Third Avenue
                                        New York, New York 10022
                                        (212) 425-3220
                                        Attorneys for Plaintiff Intesa Sanpaolo S.p.A.