UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

INTESA SANPAOLO S.p.A.,

                    Plaintiff,

-against-

ROBERT D. PILIERO, EDWARD J. GOLDSTEIN, and JOHN DERMOTT MITCHELL,

                    Defendants.

---

08 Cv. 2223 (LLS)

**NOTICE OF VOLUNTARY DISMISSAL OF CROSSCLAIM AGAINST DEFENDANTS ROBERT D. PILIERO AND EDWARD J. GOLDSTEIN**

PLEASE TAKE NOTICE that, pursuant to the Federal Rules of Civil Procedure Rule 41(a)(1)(A)(i) and 41(c), defendant John Dermott Mitchell, by and through his attorneys, Nixon Peabody LLP, hereby voluntarily dismisses his crossclaim without prejudice as to Defendants Robert D. Piliero and Edward J. Goldstein.

Dated: May 14, 2008

                    NIXON PEABODY LLP

            By: _____
                  Cathy Fleming (CF2682)
                  437 Madison Avenue
                  New York, NY 10022
                  (212) 940-3000
                  Attorneys for Defendant John Dermott Mitchell

11018673.1