ORIGINAL

Stanton, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/21/08

INTESA SANPAOLO S.p.A.,

              Plaintiff,

-against-

ROBERT D. PILIERO, EDWARD J. GOLDSTEIN, and JOHN DERMOTT MITCHELL,

              Defendants.

08 Cv. 2223 (LLS)

NOTICE OF VOLUNTARY
DISMISSAL OF CROSSCLAIM
AGAINST DEFENDANTS
ROBERT D. PILIERO AND
EDWARD J. GOLDSTEIN

PLEASE TAKE NOTICE that, pursuant to the Federal Rules of Civil Procedure Rule 41(a)(1)(A)(i) and 41(c), defendant John Dermott Mitchell, by and through his attorneys, Nixon Peabody LLP, hereby voluntarily dismisses his crossclaim without prejudice as to Defendants Robert D. Piliero and Edward J. Goldstein.

Dated: May 14, 2008

                            NIXON PEABODY LLP

                            By: _____
                            Cathy Fleming (CF2682)
                            437 Madison Avenue
                            New York, NY 10022
                            (212) 940-3000
                            *Attorneys for Defendant John Dermott Mitchell*

MICROFILMED MAY 21 2008 -3 00 PM

10186731

SO ORDERED

Louis L. Stanton
J.S.D.J.
5/20/08