UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
INTESA SANPAOLO S.p.A.,

                                                                   08 CV. 2223 (LLS)

                    Plaintiff,

    -against-

ROBERT D. PILIERO, EDWARD J. GOLDSTEIN,
and JOHN DERMOTT MITCHELL,

                    Defendants.
------------------------------------------------------------------X
ROBERT D. PILIERO and EDWARD J. GOLDSTEIN,

                    Third-Party Plaintiffs,    **NOTICE OF APPEARANCE**

    -against-

NEW MILLENINIUM ESTATES LTD, COLLIERS ABR,
RICHARD MICHAELS and JAMES FREDERICK,

                    Third-Party Defendants.
------------------------------------------------------------------X

      PLEASE TAKE NOTICE that, Peter T. Shapiro, Esq., of Lewis Brisbois Bisgaard & Smith LLP, hereby appears as counsel for Third-Party Defendants Colliers ABR, Inc., James Frederick and Richard Michaels, and respectfully requests that all pleadings and other filings in this matter be directed to his attention at the address set forth below.

4850-9194-5218.1

Dated:   New York, New York
         June 9, 2008

                        LEWIS BRISBOIS BISGAARD & SMITH LLP

             By  _____
                  Peter T. Shapiro (PS 9692)
                  199 Water Street
                  25th Floor
                  New York, New York 10038
                  Telephone: 212.232-1300
                  Facsimile: 212.232.1399
                  E-mail: pshapiro@lbbslaw.com
                  Attorneys for Third-Party Defendants Colliers
                  ABR, Inc., James Frederick and Richard Michaels

To:  Michael C. Lambert, Esq.
     Gilmartin, Poster & Shafto
     *Attorneys for Plaintiff Intesa Sanpaolo S.p.A.*
     845 Third Avenue
     New York, NY 10022
     Tel (212) 425-3220

     Craig A. Newman
     Richards Kibbe & Orbe LLP
     *Attorneys for Defendants Robert D. Piliero*
     *and Edward J. Goldstein*
     One World Financial Center
     New York, New York 10281-1003
     Tel (212) 530-1800

     Richard B. Salomon, Esq.
     Wolf Block Schorr and Solis-Cohen LLP
     *Attorneys for Third-Party Defendant New Millennium*
     250 Park Avenue
     New York, New York 10177
     Tel (212) 986-1116

     Cathy Fleming, Esq.
     Nixon Peabody, LLP
     *Attorneys for Defendant John Dermott Mitchell*
     437 Madison Avenue
     New York, New York 10022
     Tel (212) 940-3000

## CERTIFICATE OF SERVICE

Peter T. Shapiro, an attorney duly admitted to practice before this court, certifies that on June 9, 2008 he caused to be served via ECF and first-class mail the Notice of Appearance of Peter T. Shapiro upon the attorneys of record for the plaintiff, defendants and third party defendant.

_____
PETER T. SHAPIRO (PS 9692)

4850-9194-5218.1