UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
INTESA SANPAOLO S.p.A.,

                      Plaintiff,

    -against-

ROBERT D. PILIERO, EDWARD J. GOLDSTEIN,
and JOHN DERMOTT MITCHELL,

                      Defendants.
------------------------------------------------------------------X
ROBERT D. PILIERO and EDWARD J. GOLDSTEIN,

                      Third-Party Plaintiffs,

    -against-

NEW MILLENNIUM ESTATES LTD, COLLIERS ABR,
INC., RICHARD MICHAELS and JAMES FREDERICK,

                      Third-Party Defendants.
------------------------------------------------------------------X

08 CV. 2223 (LLS)

**RULE 7.1 CERTIFICATE**

        Defendant Colliers ABR, Inc., by its attorneys Lewis Brisbois Bisgaard & Smith LLP, hereby certifies that it is a privately held corporation that has no parent or subsidiary that is a publicly held corporation and that no publicly held corporation owns ten percent or more of its shares.

Dated:      New York, New York
               June 10, 2008

                                      **LEWIS BRISBOIS BISGAARD & SMITH LLP**
                                      Attorneys for Third-Party Defendants Colliers ABR, Inc., James
                                      Frederick and Richard Michaels

                                      By:_____
                                          Peter T. Shapiro (PS 9692)

4831-1754-2402.1

                199 Water Street
                New York, New York 10038
                212-232-1300

To:  Michael C. Lambert, Esq.
      Gilmartin, Poster & Shafto
      *Attorneys for Plaintiff Intesa Sanpaolo S.p.A.*
      845 Third Avenue
      New York, NY 10022
      212-425-3220

      Craig A. Newman, Esq.
      Richards Kibbe & Orbe LLP
      *Attorneys for Defendants Robert D. Piliero*
      *and Edward J. Goldstein*
      One World Financial Center
      New York, New York 10281-1003
      212-530-1800

      Richard B. Salomon, Esq.
      Wolf Block Schorr and Solis-Cohen LLP
      *Attorneys for Third-Party Defendant New Millennium*
      250 Park Avenue
      New York, New York 10177
      212-986-1116

      Cathy Fleming, Esq.
      Nixon Peabody, LLP
      *Attorneys for Defendant John Dermott Mitchell*
      437 Madison Avenue
      New York, New York 10022
      212-940-3000

## CERTIFICATE OF SERVICE

Peter T. Shapiro hereby certifies that the within Rule 7.1 Certificate is being duly served and filed by ECF this 10th day of June, 2008.

                                                              Peter T. Shapiro (PS 9692)