UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT NEW YORK
-----------------------------------------------------------------x
INTESA SANPAOLO S.p.A.,                                          :

                     Plaintiff,     :     08 Civ. 2223 (LLS)

                  - against -      :     **RULE 7.1 STATEMENT**

ROBERT D. PILIERO, EDWARD J.                                     :
GOLDSTEIN, and JOHN DERMOTT
MITCHELL,                                                        :

                     Defendants.    :

-----------------------------------------------------------------x
ROBERT D. PILIERO, and EDWARD J.                                 :
GOLDSTEIN,
                                                            :

                Third-Party Plaintiffs,                                 :

                  - against -                                            :

NEW MILLENNIUM ESTATES LTD,
COLLIERS ABR, RICHARD MICHAELS and                               :
JAMES FREDERICK,

                                                                :

                Third-Party Defendants.
-----------------------------------------------------------------x

       Pursuant to Fed. R. Civ. P. 7.1, Third-Party Defendant New Millennium Estates Ltd. states that it has no parent corporations, and no publicly held corporation owns 10% or more of its stock.

Dated: New York, New York
       June 30, 2008

                                        WOLFBLOCK LLP

                                        By:   /s/
                                            Kenneth G. Roberts (kroberts@wolfblock.com)
                                            James L. Simpson (jsimpson@wolfblock.com)
                                        250 Park Avenue
                                        New York, NY  10177

NYC:769838.1

(212) 986-1116

Attorneys for Third-Party Defendant
New Millennium Estates Ltd.