**ORIGINAL**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/1/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

INTESA SANPAOLO S.p.A.,

        Plaintiff,

-against-

ROBERT D. PILIERO, EDWARD J. GOLDSTEIN, and JOHN DERMOTT MITCHELL,

        Defendants.
-----------------------------------------------------------x
ROBERT D. PILIERO and EDWARD J. GOLDSTEIN,

        Third-Party Plaintiffs,

-against-

NEW MILLENNIUM ESTATES LTD, COLLIERS ABR, RICHARD MICHAELS and JAMES FREDERICK,

        Third-Party Defendants.
-----------------------------------------------------------x

08 Cv. 2223 (LLS)
ECF Case

**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR THIRD-PARTY DEFENDANT NEW MILLENNIUM ESTATES LTD TO ANSWER**

IT IS HEREBY STIPULATED, CONSENTED TO AND AGREED, by and between the undersigned that New Millennium Estates Ltd's time to answer or otherwise respond in this action is extended through and including June 30, 2008.

There has been no previous request for an extension of time.

Dated: New York, New York
      June 27, 2008

| RICHARDS KIBBE & ORBE LLP | WOLFBLOCK LLP |
|---|---|
| By: _____<br>Craig A. Newman<br><br>One World Financial Center<br>New York, New York 10281-1003<br>Telephone: (212) 530-1924<br><br>*Attorneys for Defendants and Third-Party Plaintiffs Robert D. Piliero and Edward J. Goldstein* | By: _____<br>James L. Simpson<br><br>250 Park Avenue<br>New York, New York 10177<br>Telephone: (212) 986-1116<br><br>*Attorneys for Third-Party Defendant New Millennium Estates Ltd* |

**SO ORDERED**

_Louis L. Stanton_
United States District Court Judge

7/1/08