UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
INTESA SANPAOLO S.p.A.,

       Plaintiffs,

  - against -                              08 Civ. 2223 (LLS)

ROBERT D. PILIERO, EDWARD J. GOLDSTEIN,    **ORDER**
and JOHN DERMOTT MITCHELL,

       Defendants.
------------------------------------------x
ROBERT D. PILIERO and EDWARD J. GOLDSTEIN,

       Third-Party Plaintiffs,

  - against -

NEW MILLENNIUM ESTATES LTD., COLLIERS ABR
INC., RICHARD MICHAELS, and JAMES FREDERICK,

       Third-Party Defendants.
------------------------------------------x

    Without opposition, the Court grants the motion for a stay of discovery pending disposition of the motion to dismiss the third-party complaint and cross-claim of defendant Mitchell.


Dated: New York, NY
      August 4, 2008

                                          Louis L. Stanton
                                          U.S.D.J.